IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TARIQ WYATT | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-3778 |
| | : | |
| MUNICIPALITY OF COMMONWEALTH | : | (consolidated with Civil Action |
| OF PHILADELPHIA, et al. | : | No. 14-1205) |

## **ORDER**

AND NOW, this 4th day of October, 2019, upon consideration of pro se Plaintiff Tariq Wyatt's response to this Court's July 9, 2019, Order, and for the reasons set forth in the accompanying Memorandum, it is ORDERED Wyatt's Complaint (Document 3 in No. 16-3778 and Document 5 in No. 14-1205) is DISMISSED without prejudice against Defendants Officers Johnson and Byrne pursuant to Federal Rule of Civil Procedure 4(m).

This case will proceed against the City of Philadelphia only at this stage.

BY THE COURT:


  /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.